**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS DANIEL SIMON,<br><br>          Petitioner,<br><br>     v.<br><br>RALPH M. DIAZ, Warden,<br><br>          Respondent. | Case No. ED CV 13-881-BRO (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 22, 2013

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE